UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Lodging Solutions, LLC d/b/a Accommodations Plus International,

        Plaintiff,

—v—

Robert Miller, Fleetcor Technologies, Inc., Travelliance, Inc., and Corporate Lodging Consultants, Inc.,

        Defendants.

19-CV-10806 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A conference on Plaintiff's request for an order to show cause is hereby scheduled for November 22, 2019 at 12 p.m in Courtroom 906 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York. In advance of the conference, the parties must meet and confer on a proposed schedule for preliminary injunction briefing and as to whether there is consent to some or all of the requested temporary restraining order.

    SO ORDERED.

Dated: November 21, 2019
       New York, New York

                                            ALISON J. NATHAN
                                         United States District Judge