UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Lodging Solutions, LLC d/b/a Accommodations Plus International,

               Plaintiff,

—v—

Robert Miller, Fleetcor Technologies, Inc., Travelliance, Inc., and Corporate Lodging Consultants, Inc.,

               Defendants.

19-CV-10806 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As discussed at the November 22, 2019 hearing, Defendants' opposition to a preliminary injunction is due November 27, 2019 and Plaintiff's reply briefing is due November 29, 2019. A hearing on the preliminary injunction is scheduled for December 17, 2019 at 10 a.m. As further discussed at the November 22 hearing, the parties shall submit a joint proposed order by today, November 25, 2019.

    SO ORDERED.

Dated: November 25, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge