UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LODGING SOLUTIONS, LLC d/b/a ACCOMMODATIONS PLUS INTERNATIONAL,<br><br>-against-<br><br>ROBERT MILLER, FLEETCOR TECHNOLOGIES, INC., TRAVELLIANCE, INC., and CORPORATE LODGING CONSULTANTS, INC.,<br><br>Defendants. | Case No. 19-CV-10806-AJN<br><br>[PROPOSED] ORDER  AJN<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: DEC 0 2 2019 |

Upon consent of the parties, the accompanying Memorandum of Law In support of Plaintiff's Motion for Expedited Discovery, and upon all prior papers and proceedings heretofore had herein, it is hereby

**ORDERED** that discovery is expedited as follows: pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, and without the requirement of a meeting pursuant to Fed. R. Civ. P. 26(f):

1. The Plaintiff may serve the subpoena upon SalesForce.com, Inc. on or before December 1, 2019.

2. the Plaintiff may obtain the production of the materials requested within ten (10) days from service of subpoena.

**SO ORDERED**

Dated: December 2, 2019
New York, NY

_____
UNITED STATES DISTRICT JUDGE