UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Lodging Solutions, LLC d/b/a Accommodations Plus International,

        Plaintiff,

—v—

Robert Miller, Fleetcor Technologies, Inc., Travelliance, Inc., and Corporate Lodging Consultants, Inc.,

        Defendants.

19-CV-10806 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court erroneously scheduled an initial pre-trial conference in this matter for "Friday, April 15, 2020." Dkt. No. 74. The correct date and time for the initial pre-trial conference is Friday, April 17, 2020 at 3:15 p.m.

SO ORDERED.

Dated: January 27, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge