UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED:__3/21/22___              │
└─────────────────────────────────────┘
```

---

Lodging Solutions, LLC d/b/a Accommodations
Plus International,

                    Plaintiff,                          19-cv-10806 (AJN)

        –v–                                                  ORDER

Robert Miller, Fleetcor Technologies, Inc.,
Travelliance, Inc., and Corporate Lodging
Consultants, Inc.,

                    Defendants.

---

ALISON J. NATHAN, District Judge:

   The Court is in receipt of the Plaintiff's motion to voluntarily dismiss without prejudice.

Dkt. No. 114.  The Defendants' response is due by April 1, 2022.  The Plaintiff shall file a reply,

if any, by April 8, 2022.

   SO ORDERED.


Dated:  March 21, 2022
        New York, New York

                                                _____
                                                    ALISON J. NATHAN
                                                United States District Judge

1