UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/22
```

Lodging Solutions, LLC d/b/a Accommodations Plus International,

        Plaintiff,

–v–

Robert Miller, Fleetcor Technologies, Inc., Travelliance, Inc., and Corporate Lodging Consultants, Inc.,

        Defendants.

19-cv-10806 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of Plaintiff's motion to voluntarily dismiss without prejudice, Dkt. No. 114, the conference scheduled for April 8, 2022, is hereby adjourned and will be rescheduled if the motion is denied.

    SO ORDERED.

Dated: March 25, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1