```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                  :
LODGING SOLUTION, LLC d/b/a           :
ACCOMMODATIONS PLUS                   :
INTERNATIONAL,                                :       1:19-cv-10806-GHW
                                                  :
                                Plaintiffs,   :           <u>ORDER</u>
                                                  :
                              -v -                    :
                                                  :
ROBERT MILLER, FLEETCOR              :
TECHNOLOGIES, INC.,TRAVELLIANCE INC., :
*and* CORPORATE LODING CONSULTANTS,   :
INC.,                                                   :
                                                  :
                                      Defendants.   :
                                                  :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       This case has been reassigned to Judge Gregory H. Woods. Counsel are directed to review and comply with the Court's Individual Rules of Practice in Civil Cases (available at the Court's website, https://nysd.uscourts.gov/hon-gregory-h-woods).

       SO ORDERED.

Dated: April 11, 2022
       New York, New York

                                                                        _____
                                                                           GREGORY H. WOODS
                                                                   United States District Judge